UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
_Sherman_ DIVISION

_Kiara Ashanta Linton_

_____

_____

Name of Plaintiff(s)

vs

_Alan Ritchey, Incorporated_

_Marlone Watson, Ann Marie Sanchez_

_Donna Westmoreland_
Name of Defendant(s)

Case Number: _4:22CV553 SDJ/CAN_

**FILED**

JUN 3 0 2022

Clerk, U.S. District Court
Eastern District of Texas
_____

### COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2..    Plaintiff, _Kiara Ashanta Linton_, is a citizen of the United States
           (name of plaintiff)

and resides at _2118 Morgan Woodward Way_, _Arlington_,
                        (street address)                              (city)

_Tarrant_, _Texas_, _76006_, _817-617-6811_.
(county)        (state)        (zip)        (telephone)

3..     Defendant, <u>Alan Ritchey, Incorporated</u>, resides at, or its business is
                   (name of defendant)

located at <u>740 S Frontage Road</u>, <u>Valley View</u>,
                 (street address)              (city)

<u>Cooke</u>, <u>Texas</u>, <u>76272</u>, <u>940-726-3276</u>.
   (county)        (state)      (zip)       (telephone)

4.     Plaintiff sought employment from the defendant or was employed by the defendant

at <u>4931 Conflans Road</u>, <u>Irving</u>,
               (street address)              (city)

<u>Dallas</u>, <u>Texas</u>, <u>75061</u>.
    (county)         (state)        (zip)

5.     Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about <u>September 15, 2020</u>.
                                (month, day, year)

6.     Plaintiff filed charges against the defendant with the Equal Employment Opportunity
Commission charging defendant with the acts of discrimination indicated in paragraphs
9 and 10 of this complaint on or about <u>October 16, 2020</u>.
                                (month, day,  year)

7.     The Equal Employment Commission issued a Notice of Right to Sue which was
received by plaintiff on <u>April 7, 2622</u>.
                             (month day, year)

8.    Because of plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex,

(4) _____ national origin,   defendant:

a.    _____ failed to employ plaintiff.

b.    _X_ terminated plaintiff's employment.

c.    _____ failed to promote plaintiff.

d.    _X_ Other because plaintiff's disability, and retailiated and stillis against me for re-employment even after all the facts brought to attention by DOL and EEOC because of my disability and because I filed charges with multiple government agencies.

9.    The circumstances under which the defendant discriminated against plaintiff were as follows:

I, Kiara Ashanta Linton, the plaintiff, qualifies under a protected class as disabled or having a disability defined by the American Disabilities Act. I was discriminated against my disability which is lifelong and has and still is life threatening. I have a condition called Polycystic ovarian syndrome, which causes cyst and tumors to form on my ovaries, and unless they get bigger or stay longer than they tend to, it is not wise to have multiple surgeries, but let them burst on there own every month. Because of this, I'm in constant pain that effects me from doing major life activities, and the need of medication renders me to being bed ridden, under the influence of sedative effects that would not be wise to operate any heavy machinery. Alan Ritchey knowing this by word of mouth, text messages, Doctor notes, Hospital discharge papers, medical documentation, etc over the years terminated me. When I initially asked for FMLA, I was disregarded, after my second request, they tried to terminate me before I

8.   Because of plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex,

(4) _____ national origin,   defendant:

a.   _____ failed to employ plaintiff.

b.   _____ terminated plaintiff's employment.

c.   _____ failed to promote plaintiff.

d.   _____ Other _____

_____

_____

9.   The circumstances under which the defendant discriminated against plaintiff were as follows:

(continued)

could get my FMLA paperwork in the mail and filled out to excuse prior absences and protect me from termination for future absences. That's when I realized they (ARI) was discriminating against me and retaliating because once my FMLA would be approved, there was nothing they could do to stop it. FMLA paperwork was sent out August 19, 2020 but was not received until a couple days later. The paperwork had a deadline of August 24, 2020 to get my absences excused and September 4, 2020 to be approved and excused for future absences. If everybody can recall, this is the year the pandemic started and Doctor appointments were backed up every office especially a primary care physician who knows and tends to your medical condition and history. That is how unrealistic and problematic ARI was being with me and when I called to tell them that, they responded there was nothing they could do. I eventually was able to get an appointment before the deadline on August 28, 2020.

8.  Because of plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex,

    (4) _____ national origin,  defendant:

    a.  _____ failed to employ plaintiff.

    b.  _____ terminated plaintiff's employment.

    c.  _____ failed to promote plaintiff.

    d.  _____ Other _____

    _____

    _____

9.  The circumstances under which the defendant discriminated against plaintiff were as
    follows:

(continued 2)

I went to my appointment and had my paperwork filled out and
faxed to Headquarters. I specifically called HR and told her, or Ms. Westmorland,
the benefits administrator to send the FMLA paperwork directly to
my healthcare provider, which they did. so it could be direct communication
between the both of them. I left while they were faxing it off, due
to a family emergency but got a call back from TotalCare saying the
fax was confirmed and if I wanted to pick up a copy I could which
I did. When I went back to work I told Assistant Manager Marlone
that my FMLA paperwork was faxed and that I was allotted or permitted
to miss 3-4 days per month and to be vindictive to me he told me he
was gonna only schedule me 1 day a week. Weeks went by and I told
them to use my sick time instead of my FMLA if I was sick. Never did
ARI say I did'nt have FMLA, wasn't approved, etc until they terminated me.
I never got a call from HR after they knew I had an appointment and paperwork was
faxed

8. Because of plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex, (4) _____ national origin,   defendant:

a. _____ failed to employ plaintiff.

b. _____ terminated plaintiff's employment.

c. _____ failed to promote plaintiff.

d. _____ Other _____

_____

_____

9. The circumstances under which the defendant discriminated against plaintiff were as follows:

(continued 3) September 19th, I went to work as scheduled. After our routine meeting, and telling everybody we were getting a 2-3 raise, everybody left to their duties while I was stopped and told I had been terminated. I was never given a reason why but told to contact Ann Marie, Head of HR. Because Marlone had pulled this same stunt weeks before I left once again and waited to talk to HR hours later. Proper protocol for termination is HR notifies you before your next shift and then eventually sends out a letter which I received neither. Once I talked to HR, she claimed that they allegedly never received the FMLA paperwork. I told her that was a lie, I seen the Doctor immediately fax it, and I have a copy. I never gave Marlone, or Ann Marie my copy because it was my personal and because I didn't want to risk them not giving it to Ms. Westmorland who is at Headquarters which is why I had it directly sent. After going back and forth with TotalCare they proceded with termination, stating that they don't know if the paperwork was actually sent on that date because there was no time stamp.

10.    The acts set forth in paragraph 9 of this complaint:

     a.    _____    are still being committed by defendant.

     b.    _____    are no longer being committed by defendant.

     c.    __X__    defendant may still be committing the acts.

11.    Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.  WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

     a.    _____    Defendant be directed to employ plaintiff.

     b.    _____    Defendant be directed to re-employ plaintiff.

     c.    _____    Defendant be directed to promote plaintiff.

     d.    __X__    Defendant be directed to _re-employ plaintiff_ and that the

Court grant such relief as may be appropriate, including injunctive orders,

damages, costs and attorney's fees.


_Kiaia Ashouta Luitane_
(Signature of Plaintiff)

2118 Morgan Woodward Way
Arlington, Texas 76006
817 - 617 - 6811